# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SHAUNA HENDRICKS,<br><br>Plaintiffs,<br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>Defendant. | CASE NO. 16-5884 RJB DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge David W. Christel. Dkt. 17. The Court has reviewed the Report and Recommendation, Plaintiff's Objections to the Report and Recommendation, and the remaining record.

Plaintiff filed this case challenging the denial of her application for Supplemental Security Income benefits. Dkt. 1. On April 27, 2017, a Report and Recommendation was filed, recommending that the case be remanded to the Social Security Administration for further proceedings. Dkt. 17. Specifically, the Report and Recommendation recommends that the Court

find that Plaintiff's childcare activities and other activities of daily living raise questions in the record about Plaintiff's functional abilities, so, a remand is appropriate. *Id.* The facts are in the Report and Recommendation and are adopted here.

Plaintiff filed Objections to the Report and Recommendation, repeating the same arguments she raised in her prior briefing. These arguments are addressed in the Report and Recommendation and do not provide a basis to reject it.

The Report and Recommendation (Dkt. 17) should be adopted. The Commissioner's decision should be reversed and the case remanded to the Social Security Administration for further proceedings consistent with this opinion. Defendant's Motion for Remand (Dkt. 15), properly construed as Defendant's response, should be denied as moot.

It is **ORDERED** that:

- The Report and Recommendation (Dkt. 17) **IS ADOPTED**;
- The decision of the Commissioner **IS REVERSED**, and the case **IS REMANDED** pursuant to sentence four of 42 U.S.C. § 405 (g) to the Social Security Administration for further proceedings; and
- Defendant's Motion to Remand (Dkt. 15) **IS DENIED AS MOOT**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 30th day of May, 2017.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2